IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ELDERBERRY OF WEBER CITY, LLC, a Virginia limited liability company,

    Plaintiff-Appellee,

v.

LIVING CENTERS - SOUTHEAST, INCORPORATED, a North Carolina corporation; FMSC WEBER CITY OPERATING COMPANY, LLC, a Delaware limited liability company; CONTINIUMCARE OF WEBER CITY, LLC, a Florida limited liability company; and MARINER HEALTH CARE, INCORPORATED, a Delaware corporation,

    Defendants-Appellants.

No. 14-1894

**APPELLANTS' CONSENT MOTION TO STAY
PROCEEDINGS PENDING OUTCOME OF RELATED APPEAL**

Pursuant to Federal Rule of Appellate Procedure 27, Defendants-Appellants Living Centers - Southeast, Inc.; FMSC Weber City Operating Company, LLC; ContiniumCare of Weber City, LLC; and Mariner Health Care, Inc. (Mariner) (collectively, Appellants) respectfully re-

quest that the Court stay proceedings in this appeal pending the outcome of a related appeal that has already been fully briefed and is awaiting oral argument before this Court. Good cause exists to grant the requested relief, in support of which Appellants state as follows:

1. This appeal arises from a recent post-judgment order awarding Plaintiff-Appellee Elderberry of Weber City, LLC (Elderberry) $278,864.12 in attorney's fees and costs pursuant to a lease provision. Importantly, Appellants have already perfected an appeal from the underlying judgment awarding Elderberry over $2,742,029.50 in damages. *See Elderberry of Weber City, LLC v. Living Ctrs. - S.E., Inc.*, No. 13-2176 (4th Cir.) (Merits Appeal). Briefing in the Merits Appeal was completed on April 23, 2014. The Court has tentatively scheduled oral argument in the Merits Appeal for the December 9-11, 2014 session.

2. The outcome of the Merits Appeal will likely have a significant impact on the issues raised in this appeal. For example, Appellants have asked this Court to reverse those portions of the district court's judgment (1) awarding Elderberry $2,521,452.56 in damages accruing after Elderberry terminated the lease and (2) finding a form-of guarantee document enforceable against Mariner. Should this Court rule in

favor of Appellants on one or both of these issues, Appellants' arguments in this appeal will be significantly affected, both as it relates to the reasonableness of the amount of attorney's fees and costs awarded by the district court and against whom those amounts may be awarded. *See, e.g., Ulloa v. QSP, Inc.*, 624 S.E.2d 43, 49-50 (Va. 2006) (explaining that in deciding what constitute reasonable attorney's fees under a contract provision allowing for same, courts should consider the results obtained by the prevailing party, and that no fees should be awarded for unsuccessful claims); *accord Farrar v. Hobby*, 506 U.S. 103, 114 (1992) (explaining that the "most critical factor in determining the reasonableness of [an attorney's] fee award is the degree of success obtained") (internal quotation marks and citation omitted); *McAfee v. Bocza*, 738 F.3d 81, 92-93 (4th Cir. 2013) (reducing attorney's fee award because plaintiff did not recover all categories of damages sought).

3.  Appellants noticed their appeal from the district court's order awarding attorney's fees and costs on August 27, 2014. On September 12, 2014, this Court issued a briefing order directing Appellants to file their opening brief and the joint appendix no later than October 22, 2014. However, in light of the pendency of the Merits Appeal and its

- 3 -

potential impact on this appeal, Appellants respectfully request that the Court stay further proceedings in this appeal pending the outcome of the Merits Appeal.

4. Pursuant to Local Rule 27(a), on September 15, 2014, undersigned counsel notified counsel for Elderberry of Appellants' intent to file this motion. On September 18, 2014, counsel for Elderberry stated that Elderberry consents to a stay of proceedings in this appeal pending the outcome of the Merits Appeal.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, Appellants respectfully request that the Court issue an order staying proceedings in this appeal pending the outcome of the Merits Appeal.

Dated: September 18, 2014               Respectfully submitted,

                              By:      s/James F. Segroves
                                     James F. Segroves
                                     HOOPER, LUNDY & BOOKMAN, PC
                                     401 9th Street, NW, Suite 550
                                     Washington, DC 20004
                                     (202) 580-7710
                                     (202) 580-7719 (fax)
                                     jsegroves@health-law.com

                                     Lori D. Thompson
                                     LECLAIRRYAN, PC
                                     1800 Wells Fargo Tower
                                     Drawer 1200
                                     Roanoke, VA 24006
                                     (540) 510-3011
                                     (540) 510-3050 (fax)
                                     lori.thompson@leclairryan.com

                                     *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this eighteenth day of September, 2014, he caused Appellants' Consent Motion to Stay Proceedings Pending Outcome of Related Appeal to be filed using the Court's Electronic Case File system, which will automatically generate and send by e-mail a Notice of Docket Activity to counsel for all parties.

s/James F. Segroves<br>
James F. Segroves