FILED: September 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1894
(6:12-cv-00052-NKM-RSB)
_____

ELDERBERRY OF WEBER CITY, LLC, a Virginia limited liability company,

    Plaintiff – Appellee,

  v.

LIVING CENTERS - SOUTHEAST, INCORPORATED, a North Carolina corporation; FMSC WEBER CITY OPERATING COMPANY, LLC, a Delaware limited liability company; CONTINIUMCARE OF WEBER CITY, LLC, a Florida limited liability company; MARINER HEALTH CARE, INCORPORATED, a Delaware corporation,

    Defendants – Appellants.

_____

O R D E R
_____

Upon consideration of the consent motion to stay proceedings pending outcome of related appeal, which the court construes as a motion for abeyance, the court grants the motion.

This case is placed in abeyance pending a decision in Elderberry of Weber

City, LLC v. Living Centers – Southeast, Incorporated, No. 13-2176, which is tentatively scheduled for oral argument during the December 9-11, 2014 session of court.

                                                For the Court

                                                /s/ Patricia S. Connor, Clerk